UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYMEYON HILL,<br>            Plaintiff,<br>   v.<br>PATTY TYLER, et al.,<br>            Defendants. | Case No. 24-cv-01667-YGR (PR)<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE** |

On March 11, 2024, plaintiff, a civil detainee, filed the present *pro se* action under 42 U.S.C. § 1983. On March 15, 2024, Magistrate Judge Dennis M. Cota issued an Order transferring the case from the United States District Court for the Eastern District of California to this District. Dkt. 3.

In an Order dated September 30, 2024, the Court informed plaintiff that his action could not go forward until he paid the filing fee or filed a completed non-prisoner's *in forma pauperis* application. Dkt. 5. The Court instructed the Clerk of the Court to send plaintiff a blank non-prisoner *in forma pauperis* application, and it told him that he must pay the fee or return the completed application within twenty-eight days or his action would be dismissed. More than twenty-eight days have passed and plaintiff has not paid the filing fee, returned the non-prisoner *in forma pauperis* application, or otherwise communicated with the Court.

Accordingly, this action is DISMISSED WITHOUT PREJUDICE. The Clerk shall terminate all pending motions and close the file.

IT IS SO ORDERED.

Dated: May 27, 2025

                                              _____
                                              JUDGE YVONNE GONZALEZ ROGERS
                                              United States District Judge